UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

FORUM CREDIT UNION

        Plaintiff,     )

        Vs.     )  Case No.

THOMAS W. SMITH, SR. AND DENISE ANN SMITH A/K/A DENISE A. BERRY

        Defendants.

**1:10-cv-1016 JMS-TAB**

## NOTICE OF REMOVAL

To:   The Honorable Judge of the United States District Court for the Southern District of Indiana

THOMAS W. SMITH SR. AND DENISE A. SMITH A/K/A DENISE A. BERRY gives notice that the above-captioned cause

Now pending in the Hendricks Circuit Court, Cause No. 32C01-1001-MF-11 is removed therefrom to this

Court, under the provisions of Title 28, United States Code, Sections 1441, 1442, 1444, .

In support thereof, Defendant States:

1. The Sovereign has been named as a defendant in this action which was commenced in the Hendricks Circuit Court, by the filling of the Plaintiff's Complaint to Foreclose Mortgage, which is attached hereto as exhibit A".

2. The Plaintiff's action appears to be an action to foreclose on a lien upon the defendants real estate and personal property. The Sovereign has an interest in the real estate that is the subject

of the Plaintiff's forclosure action. As the result of the Sovereign' interest in the property of Defendant, issues of federal law and of sovereign immunity arise in this action.

3. As an action to foreclose liens and/ or mortgages on property in which a sovereign holds an interest, this action is removable to a district court pursuant to the provisions of 28 United States Code, Section 1444.

4. Copies of all pleadings and process served upon this defendant in this cause are attached as Exhibit A.

5. This notice is filed as an appeal of the pleadings.

WHEREFORE, the Defendant, A Sovereign, Prays that this action be removed to federal district court.

Respectfully Submitted,

Thomas W. Smith Sr.

By /s/ Thomas W. Smith Sr.

Thomas W. Smith Sr.

8/16/2010

## Notification of reservation of rights UCC 1-308/1-207

**PUBLIC Thomas Wayne Smith**, sui juris
**THIS IS A PUBLIC COMMUNICATION TO ALL** All rights reserved UCC 1-308
Notice to agents is notice to principles P.O. Box 53633 Indianapolis, In. 46253
Notice to principles is Notice to Agents P.O. Box 53633 Indianapolis, In. 46253
Applications to all successors and assigns Phone: 317-271-1751
All are without excuse
Let it be known to all that I, **Thomas Wayne Smith** explicitly reserves all of my rights. **UCC 1-308** which was
formally **UCC 1-207**.
Further, let all be advised that all actions commenced against me may be in violation of, ...
**USC** TITLE 18 > PART I > CHAPTER 13 > **§ 242 Deprivation of rights under color of law**
**USC** TITLE 18 > PART I > CHAPTER 13 > **§ 241 Conspiracy against rights**
Wherefore all have undeniable knowledge.

**AFFIDAVIT**
Affiant, **Thomas Wayne Smith** , sui juris, a natural citizen of the , Indiana republic
a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.
Signed _Thomas Wayne Smith_____ sui juris, This Affidavit is dated 6-3-10
NOTARY PUBLIC
STATE OF Indiana_____ COUNTY OF Marion_____
Subscribed and sworn to before me, a Notary Public, the above signed **Thomas Wayne Smith**,
This 3rd day of June, 2010
_M. Ashley Staley_
Notary Public
MY COMMISSION EXPIRES:
October 15, 2017

M. ASHLEY STALEY
Notary Public, State of Indiana
Marion County
My Commission Expires
October 15, 2017

## Notification of reservation of rights UCC 1-308/1-207

**PUBLIC Denise Ann Smith**, sui juris
**THIS IS A PUBLIC COMMUNICATION TO ALL** All rights reserved UCC 1-308
Notice to agents is notice to principles P.O. Box 53633 Indianapolis, In. 46253
Notice to principles is Notice to Agents P.O. Box 53633 Indianapolis, In. 46253
Applications to all successors and assigns Phone: 317-271-1751
All are without excuse
Let it be known to all that I, **Denise Ann Smith** explicitly reserves all of my rights. **UCC 1-308** which was
formally **UCC 1-207**.
Further, let all be advised that all actions commenced against me may be in violation of, ...
**USC** TITLE 18 > PART I > CHAPTER 13 > **§ 242 Deprivation of rights under color of law**
**USC** TITLE 18 > PART I > CHAPTER 13 > **§ 241 Conspiracy against rights**
Wherefore all have undeniable knowledge.

AFFIDAVIT
Affiant, **Denise Ann Smith**, sui juris, a natural citizen of the , Indiana republic
a common woman of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.
Signed _Denise Ann Smith_ sui juris, This Affidavit is dated 6-3-10
NOTARY PUBLIC
STATE OF Indiana      COUNTY OF Marion
Subscribed and sworn to before me, a Notary Public, the above signed **Denise Ann Smith**,
This 3rd day of June, 2010
_M. Ashley Staley_
Notary Public
MY COMMISSION EXPIRES:
October 15, 2017



M. ASHLEY STALEY
Notary Public, State of Indiana
Marion County
My Commission Expires
October 15, 2017

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing **NOTICE OF REMOVAL,** UPON THE Plaintiff herein, by mailing a copy thereof to the following counsel of record, by First Class Mail, on this 16rd day of August, 2010

Thomas W. Smith Sr.

Attorney for Plaintiff:
Mercer & Belanger
111 Monument Circle ,Suite 3400
Indianapolis , IN 46244